UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTWAY INVESTMENTS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIGI KUANG, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 10-3846 PSG <br><br> **FURTHER SCHEDULING ORDER** |

IT IS HEREBY ORDERED that the initial case management conference shall be held on Tuesday, March 1, 2011 at 2 p.m. and a joint case management statement shall be filed no later than Tuesday, February 22, 2011.  Additionally, the parties must either file written consent to the jurisdiction of the magistrate judge, or request reassignment to a district judge, no later than Tuesday, February 22, 2011.

Dated: February 16, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Gigi Kuang
2904 Rubino Circle
San Jose, CA 95125

Dated: February 16, 2011

                                        */s/Chambers Staff*
                                    Chambers of U.S. Magistrate Judge Paul S. Grewal

ORDER