UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTWAY INVESTMENTS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIGI KUANG, ) <br> ) <br> Defendant. ) <br> ─────────────────────────── ) | Case No.: C 10-3846 PSG <br><br> **ORDER THAT CASE BE REASSIGNED** |

The parties were required to appear for a case management conference on November 9, 2010.[1] The docket does not indicate that the parties did so. Also, by November 2, 2010, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge.[2] None of the parties did so. On December 6, 2010, the case was reassigned to the undersigned. The parties again were required to appear for a case management conference on March 1, 2011 and to file a case management conference statement on February 22, 2011.[3] None of the parties did so.

IT IS HEREBY ORDERED that this case be reassigned to a district judge with a

---

[1] *See* 8/27/10 ADR Scheduling Order (Docket No. 3).

[2] *See* Civ. L.R. 73-1(a)(1).

[3] *See* 2/16/11 Further Scheduling Order (Docket No. 25.

ORDER

recommendation for dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Dated: March 4, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Gigi Kuang
2904 Rubino Circle
San Jose, CA 95125

Dated: March 4, 2011

                                                                */s/ Chambers Staff*
                                              Chambers of U.S. Magistrate Judge Paul S. Grewal

ORDER