UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTWAY INVESTMENTS, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GIGI KUANG, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case No.: 10-CV-03846-LHK <br><br> ORDER REMANDING CASE |

On March 21, 2011, the Court ordered Defendant to show cause why this case should not be remanded for lack of subject matter jurisdiction. Defendant's response was due on March 31, 2011. As of today, April 14, 2011, Defendant has not responded to the Court's Order, and mail sent to Defendant has been returned as undeliverable. It is Defendant's duty to promptly notify the Court of any change in address. Civ. L.R. 3-11. As Defendant has not responded to the Court's Order, the Court finds that it lacks subject matter jurisdiction over this action, for the reasons stated in the March 21, 2011 Order to Show Cause. Accordingly, the case is hereby REMANDED to the Superior Court of Santa Clara County. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03846-LHK
ORDER REMANDING CASE